AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 13-2106-MBB |
| | ) | |
| Dzhokhar Tsarnaev | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 15, 2013__ in the county of __Suffolk__ in the
_____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. s 2332a(a) | Use of a Weapon of Mass Destruction |
| 18 U.S.C. s 844(i) | Malicious Destruction of Property Resulting in Death |

This criminal complaint is based on these facts:
See Attached Affidavit of Special Agent Daniel R. Genck

☑ Continued on the attached sheet.

*Complainant's signature*

Daniel R. Genck, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __04/21/2013 @ 6:47 PM__

*Judge's signature*

City and state: __Boston, Massachusetts__
__BROOKLINE__

Marianne B. Bowler
*Printed name and title*