JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** — U.S. District Court - District of Massachusetts

**Place of Offense:**  Category No. **1**  Investigating Agency **FBI**

City: **Boston**
County: **Suffolk**

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number **13-MJ-2100-MBB**
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: **Dzhokhar Anzorovich Tsarnaev**    Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: **Jahar Tsarnaev**
Address: (City & State) **Cambridge, MA**

Birth date (Yr only): **1993**   SSN (last4#): **0491**   Sex: **M**   Race: **Caucasian**   Nationality: **USA**

Defense Counsel if known: **None**    Address _____
Bar Number _____

**U.S. Attorney Information:**

AUSA: **William D. Weinreb, Aloke Chakravarty**    Bar Number if applicable _____

Interpreter:  ☐ Yes  ☑ No    List language and/or dialect: _____

Victims:  ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

Matter to be SEALED:  ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: **04/19/2013**

☑ Already in Federal Custody as of **04/19/2013** in **FBI-Beth Israel Hospital**.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____   on _____

**Charging Document:**  ☑ Complaint   ☐ Information   ☐ Indictment
**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **04/21/2013**    Signature of AUSA: _[signature]_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Dzhokhar Tsarnaev

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 2332a(a) | Use of Weapon of Mass Destruction | 1 |
| Set 2 | 18 U.S.C 844(i) | Malicious Destruction of Property Resulting in Death | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____