UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Mag. No. 13-2106-MBB |
| DZHOKHAR TSARNAEV, Defendant. | ) |

### MOTION TO UNSEAL COMPLAINT

The United States hereby moves to unseal the Complaint and the Complaint Affidavit in this matter. As grounds for this motion, the United States says that the Court granted the United States' oral motion to unseal at the Initial Appearance today and requested that a written motion be filed.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ William D. Weinreb
William D. Weinreb
Aloke S. Chakravarty
Assistant U.S. Attorneys
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: April 22, 2013

*[Handwritten margin note: April 22, 2013. Allowed. Marianne B. Bowler USMJ]*

## CERTIFICATE OF SERVICE

I, William D. Weinreb, hereby certify that on April 22, 2013, I served a copy of the foregoing motion on counsel for the defendant.

William D. Weinreb