# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| ) | Magistrate-Judge's No. |
| v. ) | 13-02106-MBB |
| ) | |
| DZHARKHAR TSARNAEV ) | |

I, Judy Clarke, hereby state the following under the pains and penalties of perjury:

1. I am an attorney admitted to practice law in the state of California and am a member in good standing in that jurisdiction.

2. I have never been the subject of any disciplinary proceedings and there are none pending against me.

3. I have reviewed and am familiar with the Local Rules of the United States District Court of the District of Massachusetts.

_____
Judy Clarke
Dated: 4-30-13