# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

        v.               CRIMINAL CASE NO. 1:13-MJ-02106-1 _____

DZHOKHAR TSARNAEV
_____
                       Defendant


## APPOINTMENT OF FEDERAL DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of 04/22/13 _____ to represent said defendant in this cause until further order of the Court.


                                ROBERT M. FARRELL
                                Acting Clerk of Court

Date: 05/06/13 _____     By: /s/ Marie O'Keefe _____
                                       Deputy Clerk