UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER REGARDING PREVIOUSLY SEALED MATTERS
August 19, 2013

O'TOOLE, D.J.

After a careful review of the docket and filings in this case, I have concluded that it is not necessary that certain matters originally filed under seal should remain sealed. Accordingly, the Clerk is directed to unseal the following docket entries and related filings on August 23, 2013: docket entries 4, 6, 13, 14, 23, 29, 30, 32, 34, 38, 40, 41, and 44. All other presently sealed matters shall remain sealed until further order of the Court.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge