IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DZHOKHAR TSARNAEV | No. 13-CR-10200-GAO |

**ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY MEMORANDA**

Defendant, by and through counsel, with the assent of the government, respectfully moves for leave to file a reply to the government's opposition to his Motion to Vacate Special Administrative Measures ("SAMs") [Dkt # 110] by November 4, 2013. As grounds therefor, undersigned counsel state that a reply will assist the Court to adjudicate matters at issue, including matters raised for the first time in the government's opposition (*e.g.*, the argument that the Court lacks jurisdiction based on the "exhaustion" doctrine).

In addition, defendant, by and through counsel, with the assent of the government, respectfully moves for leave to file a reply to the government's opposition to his Motion to Compel Discovery [Dkt # 112] by November 6, 2013. As grounds therefor, undersigned counsel state that a reply will assist the Court to adjudicate matters at issue, and additional time will permit the defense reply to be informed by at least a preliminary review of additional disclosures made by the government on October 21, 2013.

Respectfully submitted,

DZHOKHAR TSARNAEV
by his attorneys

/s/  William Fick


Judy Clarke, Esq.
California Bar:  76071
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET


Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG


## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 25, 2013.

/s/ William W. Fick