UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
December 22, 2014

O'TOOLE, D.J.

On December 19, 2014, the presiding judge in United States v. Matanov, Cr. No. 14-10159-WGY, ordered the parties in that case to undertake an investigation regarding the source of the purportedly leaked material also at issue in the defendant's Motion to Reconsider and Amend Order Denying Third Motion for Hearing to Address Leaks by Law Enforcement (dkt. no. 680). Because the material primarily impacts Mr. Matanov and issues relevant to his ongoing case, the defendant's Motion to Reconsider is DENIED. The denial is without prejudice pending the outcome of the investigation in Mr. Matanov's case. Should the government learn information that bears on the defendant's concern, it shall notify the defendant and Court forthwith.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge